# ADDENDA.

## FIRST DEPARTMENT.

### GENERAL TERMS, MAY, JULY AND OCTOBER, 1874.

HUBBELL v. VAN SHOENING, appellant.

*Contract — performance — when time is not of the essence of.*

When time is not of the essence of the contract a party cannot be barred of his rights without notice to perform in a specified reasonable time. *Myers* v. *De Mier*, 52 N. Y. 647.

APPEAL from a judgment in favor of plaintiff entered upon the decision of Mr. Justice FANCHER. The action was brought by John E. Hubbell against Pauline Van Shoening and another, for the specific performance of·a contract to convey three lots of land in the city of New York. The case was after a former trial appealed to the court of appeals, and is reported in 58 Barb. 498, and 49 N. Y. 326.

*Ira D. Warren*, for appellants.

*John E. Parsons*, for respondent.

BRADY, J.

The opinion holds that the facts established did not differ materially from those established upon the first trial. The only point noticed is fully stated in the head-note.

*Judgment affirmed.*